

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 4:03CR23WS

ENTONIO BURNSIDE

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1) The sentence is reduced from 71 months to 57 months.

(2) Defendant's projected release date is March 1, 2011; with his combined 43 month reduction, he should be entitled to immediate release.

(3) If this sentence is less than the amount of time the defendant has served, Defendant's sentence is reduced to **TIME SERVED**.

(4) All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 15th day of April, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

_Sandra G. Moses_            /s/ George L. Lucas
ASSISTANT U.S. ATTORNEY      DEFENSE COUNSEL